**STATE v. NICHOLSON**

[355 N.C. 209 (2002)]

| STATE OF NORTH CAROLINA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ABNER RAY NICHOLSON | ) | |

No. 564A99

(Filed 1 February 2002)

By order of the Court in Conference, this 31st day of January, 2002, defendant's motion, filed 4 December 2001, for a stay pending a determination of the Motion for Appropriate Relief, is denied. We remand Defendant's Motion for Appropriate Relief, filed 4 December 2001, to the Wilson County Superior Court for determination of the issues contained therein regarding whether the death sentences imposed upon Defendant violate N.C.G.S. § 15A-2005.

s/G.K. Butterfield, Jr.
For the Court